IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANNY WILLIAMS,<br><br>    Plaintiff<br> VS.<br><br>RAY STANELLE, *et al.*,<br><br>    Defendants | NO. 5:04-CV-417 (CAR)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

**O R D E R**

  The defendants in the above-styled case have filed a MOTION FOR SANCTIONS (Tab #75) in which they move the court to dismiss all of the plaintiff's remaining claims, including any claims regarding the plaintiff's First Amendment right to marry. On February 28, 2007, the undersigned ordered the plaintiff to show cause why his case should not be dismissed because of contended discrepancies between the plaintiff's allegations and the evidence provided by the Baldwin County Probate Court. Tab #76. Plaintiff DANNY WILLIAMS has filed a Response to the defendants' motion and the court's Order which includes a CROSS-MOTION FOR SANCTIONS. Tab #78.

  After a review of the pleadings, both the defendants' motion for sanctions (Tab #75) and the plaintiff's cross-motion for sanctions (Tab #78) are DENIED. Plaintiff's explanation is sufficient to withstand imposition of sanctions, and his request for imposition of sanctions on the defendants lacks merit.

  On March 2, 2007, the court issued an order regarding a motion to compel discovery filed by the plaintiff which delayed the time period in which the defendants were to comply with that order until the court had ruled on the defendants' motions for sanctions. Tab #77. The defendants are therefore ORDERED WITHIN TWENTY (20) DAYS of the date of this order to comply with the terms of the March 2nd ORDER.

  SO ORDERED this 14th day of MARCH, 2007.



                   CLAUDE W. HICKS, JR.
                   UNITED STATES MAGISTRATE JUDGE